UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JOAQUIN ORTIZ GONZALEZ,<br><br>    Petitioner,<br><br>  v.<br><br>JASON KNIGHT, Field Office Director of Enforcement and Removal Operations, Salt Lake City Field Office, Immigration and Customs Enforcement; KENNETH PORTER, Acting Director of the Boise U.S. Immigration and Customs Enforcement Field Sub-Office; KRISTI NOEM, Secretary, U.S. Department of Homeland Security; PAMELA BONDI, U.S. Attorney General; JARROD THOMPSON, Director of Mini-Cassia Criminal Justice Center,<br><br>    Respondents. | Case No. 1:25-cv-00602-BLW<br><br>**JUDGMENT** |

  In accordance with this Court's November 19, 2025, Memorandum Decision and Order (Dkt. 17), granting Petitioner's Writ of Habeas Corpus (Dkt. 1) and ordering his immediate release, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment be entered in Petitioner's favor. If the government seeks to re-detain Petitioner, it must provide no less than seven (7) days' notice to Petitioner and must hold a pre-deprivation bond hearing before a neutral arbiter

pursuant to 8 U.S.C. § 1226(a) and its implementing regulations, at which Petitioner's eligibility for bond must be considered. The Clerk is directed to close this case.

DATED: November 20, 2025

_____
B. Lynn Winmill
U.S. District Court Judge